```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 22772
   TAFFY R BROWN
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

            Debtor
   SSN XXX-XX-5588

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 06/08/2005 and was confirmed 08/10/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  48.26% from remaining funds.

     The case was dismissed after confirmation 04/30/2008.
--------------------------------------------------------------------------
CREDITOR NAME                CLASS            CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                                  PAID            PAID
--------------------------------------------------------------------------
AMERICAN CREDIT AND COLL   UNSECURED          NOT FILED             .00             .00
AMERICAN COLLECTIONS REC   UNSECURED          NOT FILED             .00             .00
AND FIN NET                UNSECURED          NOT FILED             .00             .00
AT&T BROADBAND             UNSECURED          NOT FILED             .00             .00
CITICARDS                  UNSECURED          NOT FILED             .00             .00
CITY OF CHICAGO PARKING    UNSECURED            1640.00             .00          469.70
HARVARD COLLECTION SERVI   UNSECURED          NOT FILED             .00             .00
CREDIT PROTECTION ASSOC    UNSECURED          NOT FILED             .00             .00
AMERICAN CREDIT AND COLL   UNSECURED          NOT FILED             .00             .00
HARVARD COLLECTION SERVI   UNSECURED          NOT FILED             .00             .00
HARVARD COLLECTION SERVI   UNSECURED          NOT FILED             .00             .00
AMERICAS RECOVERY NETWOR   UNSECURED          NOT FILED             .00             .00
FINANCIAL CREDIT NETWORK   UNSECURED          NOT FILED             .00             .00
UNIFUND CORP               UNSECURED          NOT FILED             .00             .00
MIDWEST VERIZON WIRELESS   UNSECURED              63.06             .00            6.31
WIX AUTO                   UNSECURED          NOT FILED             .00             .00
ASSET ACCEPTANCE CORP      UNSECURED             325.23             .00           93.15
COMMONWEALTH EDISON        UNSECURED             799.08             .00          228.86
THOMAS W DREXLER           DEBTOR ATTY         2,024.00                        2,024.00
TOM VAUGHN                 TRUSTEE                                               165.21
DEBTOR REFUND              REFUND                                                 12.77

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 3,000.00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                       798.02
ADMINISTRATIVE                                2,024.00

               PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 05 B 22772 TAFFY R BROWN
```

```
TRUSTEE COMPENSATION                                            165.21
DEBTOR REFUND                                                    12.77
                                 ----------------        ----------------
TOTALS                                  3,000.00                3,000.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 07/23/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```